UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL WHITFIELD,

                Plaintiff

    v.

J. KEAST, *et al.*,

                Defendants

Case No. 3:23-cv-00123-MMD-CSD

ORDER

## I.  DISCUSSION

On July 21, 2023, the Court ordered that Plaintiff Michael Whitfield ("Plaintiff") file an updated address with the Court because, according to the Nevada Department of Corrections ("NDOC"), Plaintiff is no longer at the address listed with the Court. Previously, Plaintiff was incarcerated at Northern Nevada Correctional Center ("NNCC"). Now, he resides at High Desert State Prison ("HDSP"). The Court therefore orders that the Clerk of Court send one-time courtesy copies of its previous order (ECF No. 9) and its attachments (ECF Nos. 9-1, 9-2) to Plaintiff at HDSP.

## II.  CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of Court send to Plaintiff at HDSP a copy of the Court's previous order and its attachments. (ECF Nos. 9, 9-1, 9-2.)

DATED THIS 24th day of July 2023.

_____
UNITED STATES MAGISTRATE JUDGE